IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-03098-NYW

JOSEPH MALDONADO

    Plaintiff,

v.

CITY AND COUNTY OF DENVER,
COLORADO and EDWARD LEGER,
individually and as Police Lieutenant with
City and County of Denver Police Department,

    Defendants.

---

### PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

---

COMES NOW Plaintiff Joseph Maldonado, under Fed. R. Civ. P. 65(a), and moves this Court to grant him a preliminary injunction enjoining Defendants City and County of Denver and Edward Leger, individually and as police lieutenant with City and County of Denver police department, and their agents, servants, employees, attorneys, and persons and entities in active concert or participation with them, directly or indirectly, from applying and enforcing Denver's public forum policy at Red Rocks Mountain Park so as to bar constitutionally-protected speech occurring on public sidewalks and ways in the park.

Should Maldonado not obtain a preliminary injunction, he will suffer irreparable harm, namely, the loss of his rights and freedoms guaranteed by the United States Constitution. In support of his Motion, Maldonado relies on the following:

    A.    Affidavit of Joseph Maldonado, attached as Exhibit "A";

    B.    Map of Red Rocks Mountain Park, attached as Exhibit "B";

C. Denver Public Forum Policy, attached as Exhibit "C";

D. Map of Designated Forum Areas in Red Rocks Mountain Park, per Denver Public Forum Policy, attached as Exhibit "D";

E. Photograph of sidewalk staircase at Upper North Lot and sidewalk to Top Circle Lot, attached as Exhibit "E";

F. Photograph of sidewalk in front of staircase between Upper North Lot and Top Circle Lot, attached as Exhibit "F";

G. Photograph of western edge of sidewalk leading to staircase between Upper North Lot and Top Circle Lot, attached as Exhibit "G";

H. Photograph of eastern edge of sidewalk leading to staircase between Upper North Lot and Top Circle Lot, attached as Exhibit "H";

I. Photograph of sidewalk on southeast side of Upper North Lot, showing walking path, attached as Exhibit "I";

J. Photograph of southeast pathway leading to Upper North Lot, attached as Exhibit "J";

K. Photograph of Funicular Hiking Trail leading out from Upper North Lot, attached as Exhibit "K";

L. Photograph of Funicular Hiking Trail leading to Upper North Lot, attached as Exhibit "L";

M. Photograph of southeast section of Top Circle Lot and adjacent sidewalk, attached as Exhibit "M";

N. Photograph of intersection of sidewalks at southeast section of Top Circle Lot, facing northeast, attached as Exhibit "N";

O.  Photograph of intersection of sidewalks at southeast section of Top Circle Lot, facing south, attached as Exhibit "O";

P.  Photograph of designated forum area 1, attached as Exhibit "P";

Q.  Photograph of designated forum area 2 from across Hogback Road, attached as Exhibit "Q";

R.  Photograph of designated forum area 2, close-up, attached as Exhibit "R";

S.  Photograph of designated forum area 2a, facing south, attached as Exhibit "S";

T.  Photograph of designated forum area 2a, facing north, attached as Exhibit "T";

U.  Photograph of designated forum area 3 from across Bear Creek Road, attached as Exhibit "U";

V.  Photograph of designated forum area 3, close-up, attached as Exhibit "V";

W.  Photograph of designated forum area 4, facing south, attached as Exhibit "W";

X.  Photograph of designated forum area 4, facing north, attached as Exhibit "X";

Y.  Email from Michelle Maldonado (neé Medina) to Marley Bordovsky, attached as Exhibit "Y";

Z.  Email from Tad Bowman to Michelle Maldonado (neé Medina), attached as Exhibit "Z";

AA.  Letter from Maldonado's counsel to Denver officials, attached as Exhibit "AA";

BB.  Letter from City of Denver officials to Maldonado's counsel with attachments, attached as Exhibit "BB";

CC.  Verified Complaint of Joseph Maldonado; and

DD.  Brief in Support of this Motion filed simultaneously with this Motion.

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff Joseph Maldonado respectfully requests that this Honorable Court grant his Motion for Preliminary Injunction.

Dated at Memphis, Tennessee, this 21st day of October, 2020.

s/ Nathan W. Kellum
NATHAN W. KELLUM
Center for Religious Expression
699 Oakleaf Office Lane, Suite 107
Memphis, TN  38117
Telephone: (901) 684-5485
Fax: (901) 684-5499
Email: nkellum@crelaw.org
Attorney for Plaintiff Joseph Maldonado

**CERTIFICATE OF CONFERENCE**

Plaintiff presently does not know who will represent Defendants in this matter, as the current posture of this case is such that counsel for Defendants has not yet made an appearance. However, in a good faith attempt to confer with opposing counsel regarding this motion as required under local rule D.C.COLO.LCivR 7.1(a), this office contacted the Denver City Attorney's Office and was informed by an assistant city attorney that Defendants oppose the motion.

/s/ Nathan W. Kellum
NATHAN W. KELLUM

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing, along with the Complaint and Summons, has been/will be delivered to a process server for service on below-listed defendants, this 21st day of October, 2020:

City and County of Denver
Attorney: Kristin M. Bronson
Mayor's Office
1437 N. Bannock St., Room 350
Denver, CO 80202
(720) 913-3100
Kristin.Bronson@denvergov.org

Edward Leger
Attorney: Kristin M. Bronson
Police Administration Building
1331 Cherokee Street
Denver, CO 80204
(720) 913-3100
Kristin.Bronson@denvergov.org

/s/ Nathan W. Kellum
NATHAN W. KELLUM
Center for Religious Expression
699 Oakleaf Office Lane, Suite 107
Memphis, TN  38117
Telephone: (901) 684-5485
Fax: (901) 684-5499
Email: nkellum@crelaw.org
Attorney for Plaintiff Joseph Maldonado