

**Theatres & Arenas Division**
Denver Performing Arts Complex
Red Rocks Amphitheatre
Colorado Convention Center
Denver Coliseum

1245 Champa Street, First Floor
Denver, CO 80204
p: 720-865-4220
f: 720-865-4246
www.denvergov.org/theatres_and_arenas

City and County of Denver
Division of Theatres and Arenas

Policy Statement: No Public Forum Activities Permitted at Public Assembly Facilities

The City and County of Denver, through its Division of Theatres and Arenas, owns and operates a portfolio of public assembly facilities. The Theatres and Arenas Division, directly or indirectly, leases spaces within its public assembly facilities to tenants pursuant to license agreements. Such license agreement grant to the City's tenants certain rights to use and control the leased premises during specific dates and times subject to the terms and conditions of the lease, rules and regulations promulgated by the Theatres and Arenas Division and all applicable laws.

The City's public assembly facilities, including without limitation any associated parking lots, parking garages and outdoor assembly areas adjacent to the facilities, are reserved for the exclusive use of tenants and their invitees, and therefore the City's public assembly facilities are not public forums for expressive activities by members of the general public.

This Policy Statement applies to the following City-owned public assembly facilities:

- The Colorado Convention Center, located in downtown Denver, and bounded by Welton Street to the south, Speer Boulevard to the west, Champa Street to the north and 14th Street to the east.

- The Denver Performing Arts Complex, located in downtown Denver, and bounded by Champa Street to the south, Speer Boulevard to the west, Arapahoe Street to the north and 14th Street to the east.

- Red Rocks Amphitheatre and Visitor Center, located in Red Rocks Park, a Denver mountain park in Jefferson County.

- The Denver Coliseum, located at 4600 Humboldt Street in northeast Denver.



Exhibit "C"

The City and County of Denver recognizes and respects the need for areas for public expression adjacent to its public assembly facilities and therefore it has designated certain areas adjacent to its public assembly facilities as public forums or identified traditional public forums such as sidewalks in the right of way for expressive activities. The Theatres and Arenas Division has maps available for each of its public assembly facilities showing the related public forum areas. Such maps are available upon request to the Theatres and Arenas Division by calling (720) 865-4200.

Any expressive activity (demonstrations, picketing, leafleting, etc.) in the public forum areas adjacent to the City's public assembly facilities must comply with all City ordinances and all other rules and regulations, including state and federal laws, governing such activity. The following rules and regulations of the Division of Theatres and Arenas shall also apply:

- Persons exercising their First Amendment rights in public forum areas adjacent to the City's public assembly facilities shall not physically touch or impede the passage of persons or vehicles entering or exiting the facilities.

- There shall be no posting of handbills, flyers, notices or other written materials within any of the City's public assembly facilities without the express written consent of an authorized representative of the Theatres and Arenas Division and, if applicable, the tenant(s) of the facility.

- No demonstrations, speeches or other acts creating or intending to create a public forum shall be allowed within any of the City's public assembly facilities unless (i) they occur with the express written consent of an authorized representative of the Theatres and Arenas Division and, if applicable, the tenant(s) of the facility and (ii) are within an area designated by the City as a temporary and limited public forum.

- There shall be no sales of tickets, food and beverages, t-shirts, novelties or distribution of free products within any of the City's public assembly facilities without the express written consent of an authorized representative of the Theatres and Arenas Division and, if applicable, the tenant(s) of the facility and the City's concessionaire for the facility.

- Bullhorns, loudspeakers and other noise amplification devices are discouraged and in any event are subject to the City's ordinances limiting noise.

- The parking of vehicles by persons engaging in expressive activities in the public forums adjacent to the City's public assembly facilities must comply with all parking rules and regulations including without limitation the requirement that parking fees must be paid if such vehicles are parked in paid parking lots or parking garages.

For more information or to seek answers to questions, call the Theatres and Arenas Division at (720) 865- 4200.