

Exhibit "E"