

Exhibit "F"