

Exhibit "H"