

Exhibit "I"