

Exhibit "J"