

Exhibit "K"