

Exhibit "L"