

Exhibit "M"