

Exhibit "N"