

Exhibit "O"