

Exhibit "P"