

Exhibit "Q"