

Exhibit "R"