

Exhibit "S"