

Exhibit "T"