

Exhibit "U"