

Exhibit "V"