
Exhibit "W"