

Exhibit "X"