From: **Bowman, Tad R. - AVD Director** <Tad.Bowman@denvergov.org>
Date: Tue, Sep 17, 2019 at 11:59 AM
Subject: Red Rocks Amphitheatre Public Forum
To: mmedina2580@gmail.com <mmedina2580@gmail.com>

Ms. Medina,

Thank you for sharing your concern regarding the public forum policies for Red Rocks.  Red Rocks Amphitheatre welcomes all citizens to fully-exercise their first amendment rights in accordance with its long-standing first amendment policy.  These guidelines are constitutionally valid time, place and manner restrictions, and balance the needs of both the public and persons engaging in planned activities at the amphitheatre and within the park.  The policy is designed to enhance safety within the facilities and surrounding areas while still permitting first amendment activity within the park.

Sincerely,

**Tad Bowman** | Venue Director, Red Rocks Amphitheatre/Denver Coliseum
Denver Arts & Venues | City and County of Denver

Tad.Bowman@Denvergov.org

(720) 865-2488



CONNECT WITH US | 311 | POCKETGOV.COM | DENVERGOV.ORG | DENVER 8 TV

1
Exhibit "Z"