IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Civil Action:    20-cv-03098-RBJ | Date:  September 23, 2021 |
| Courtroom Deputy:    Julie Dynes | Court Reporter: Kevin Carlin |

| *Parties* | *Counsel* |
|---|---|
| JOSEPH MALDONADO | *Nathan Kellum* |
| **Plaintiff** | |
| v. | |
| CITY AND COUNTY OF DENVER COLORADO | *Conor Farley* |
| EDWARD LEGER | *Raana Haidari* |
| **Defendants** | |

## COURTROOM MINUTES

**PRELIMINARY INJUNCTION HEARING**

Court in Session:  9:01 a.m.

Appearances of counsel.  Also present as a defense representative is Tad Bowman.

9:02 a.m.      Opening argument given by Mr. Kellum.

9:08 a.m.      Opening argument given by Mr. Farley.

Plaintiff, Joseph Maldonado, called and sworn.

9:22 a.m.      Direct examination of Mr. Maldonado by Mr. Kellum.
               **Exhibit CC is admitted.**

9:41 a.m.      Cross examination of Mr. Maldonado by Mr. Farley.
               **Exhibit C is admitted.**

10:21 a.m.     Redirect examination of Mr. Maldonado by Mr. Kellum.

**10:23 a.m.      Court is in recess.**

**10:33 a.m.**     **Court in session.**

Defense witness, Tad Bowman, called and sworn.

10:34 a.m.     Direct examination of Mr. Bowman by Mr. Farley.
              **Exhibit A is referred to.**

11:05 a.m.     Cross examination of Mr. Bowman by Mr. Kellum.

11:14 a.m.     Closing argument by Mr. Kellum.

11:37 a.m.     Closing argument by Mr. Farley.

**ORDERED:**   **[12] Motion for Preliminary Injunction is TAKEN UNDER ADVISEMENT, written order to issue.**

Court in Recess:  12:02 p.m.          Hearing continued.          Total time in Court:  02:51